FILED

02/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0014

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 24-0014

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

KENNETH WESLEY - HERBERT ROWE,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 3, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 29 2024